FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

January 20, 2015

Mark Thomas
TDCJ# 01738251
William P. Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

RE:     Court of Appeals Number:    02-15-00010-CR
                                    02-15-00011-CR
                                    02-15-00012-CR

        Trial Court Case Number:    F-2010-2704-E
                                    F-2010-2705-E
                                    F-2010-2706-E

Style:    Mark Thomas
          v.
          The State of Texas

The court has received a copy of the notice of appeal in the cases above. *See* Tex. R. App. P. 25.2(c).

The court is concerned it may not have jurisdiction over this appeal because the notice of appeal was not timely filed. Appellant's sentence was imposed on June 30, 2011. No motion for new trial was filed, so appellant's notice of appeal was due August 1, 2011, but was not filed until December 31, 2014. *See* Tex. R. App. P. 26.2(a)(1).

The trial court's certification of your right to appeal was filed under the date of Friday, January 16, 2015. The certification states that this is a plea-bargain case and appellant has no right of appeal and the appellant waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2), appendix.

FILE COPY

Unless the appellant or any party desiring to continue the appeal files with the court, on or before **Wednesday, February 4, 2015,** a response showing grounds for continuing the appeal, this appeal may be dismissed for want of jurisdiction. Tex. R. App. P. 44.3.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Karen Brown, Deputy Clerk

cc: Criminal District Clerk, Denton County
P.O. Box 2146
Denton, TX 76202-2146

Hon. Margaret Barnes
Judge, 367th District Court
Denton County Courts Bldg.
1450 E. McKinney
Denton, TX 76201

Court Reporter, 367th District Court
1450 E. McKinney St.
Denton, TX 76209

Catherine Luft
Assistant Criminal District Attorney
1450 East McKinney
Denton, TX 76201